Entered: May 15th, 2025
Signed: May 15th, 2025

**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Edward Jenkins

Case No.: 25-10685
Chapter 7

DEBTOR(S)

U.S. Bank Trust National Association, as
Trustee for LB-Dwelling Series V Trust, by
SN Servicing Corporation, Servicing Agent
    MOVANT
        vs.
Edward Jenkins

and
Roger Schlossberg, Trustee
    RESPONDENT(S)

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 1522 5TH STREET, LANHAM, MD 20706**

    Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

1

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable U.S. Bank Trust National Association, as Trustee for LB-Dwelling Series V Trust, by SN Servicing Corporation, Servicing Agent, or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 1522 5th Street, Lanham, MD 20706 and allow the successful purchaser thereof to obtain possession of same.

cc: Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090

Edward Jenkins
1522 5th Street
Glenarden, MD 20706

| and respondent(s)' counsel: | Roger Schlossberg, Trustee |
| Pro Se | P.O. Box 2067 |
| | Hagerstown, MD 21742-2067 |

**End of Order**

2